GARIN LAW GROUP
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
lzastrow@garinlawgroup.com

*Attorney for Defendant Rima Villaret*

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500 Facsimile: (702) 382-1512

**UNITED STATED DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN JACKSON, an individual; TATIANA PRICE, an individual; and natural parents of C.J., a minor,<br><br>Plaintiffs,<br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, RIMA VILLARET, an individual; ROES I-X, and DOES I-X.<br><br>Defendants. | CASE NO. 2:26-cv-02163-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs STEPHEN JACKSON and TATIANA PRICE, as individuals and natural parents of C.J., a minor ("Plaintiffs") and Defendant, RIMA VILLARET ("Defendant"), by and through their attorneys of record hereby stipulate and agree as follows:

1. Defendant's current deadline to answer or otherwise respond to Plaintiffs' Complaint is August 14, 2026.

2. This is the first request to extend Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint.

3. Defense counsel requires additional time to review and evaluate Plaintiffs' allegations, confer with Defendant, and prepare the appropriate response. The requested extension is also necessitated by a recent medical emergency requiring hospitalization affecting lead defense counsel.

/ / /

4. The parties therefore stipulate that Defendant Rima Villaret shall have through and including August 21, 2026, to answer or otherwise respond to Plaintiffs' Complaint.

5. This request is made in good faith and not for purposes of delay, and the requested extension will not prejudice any party.

IT IS SO STIPULATED.

DATED this 14th day of August, 2026

| | |
|---|---|
| POWERS LAW<br><br>By: */s/ Eric S. Powers*<br>Eric S. Powers, Esq.<br>Nev Ada Bar No. 12850<br>50 S. Stephanie St., Suite 103<br>Henderson, NV 89012<br>Eric@ericpowerslaw.com<br><br>*Attorneys for Plaintiffs* | GARIN LAW GROUP<br><br>By: */s/ Kaleb D. Anderson* (NV Bar No. 7582) for<br>LISA J. ZASTROW, ESQ.<br>Nevada Bar No. 9727<br>9900 Covington Cross Drive, Suite 210<br>Las Vegas, Nevada 89144<br>lzastrow@garinlawgroup.com<br><br>*Attorneys for Defendant Rima Villaret* |

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: August 17, 2026

Prepared and submitted by:

GARIN LAW GROUP

By: */s/ Kaleb D. Anderson* (NV Bar No. 7582) for
Lisa J. Zastrow, Esq.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144

*Attorneys for Defendant Rima Villaret*

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500 Facsimile: (702) 382-1512