**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Stephen Price, et al.,<br>Plaintiff(s),<br>v.<br>Clark County School District, et al.<br>Defendant(s). | Case No. 2:26-cv-02163-JAD-NJK<br>**Order**<br>[Docket No. 33] |

Pending before the Court is a stipulation to extend case management deadlines. Docket No. 33. The Court **SETS** that stipulation for a hearing at 3:00 p.m. on November 16, 2026, in Courtroom 3C.

IT IS SO ORDERED.

Dated: November 13, 2026

Nancy J. Koppe
United States Magistrate Judge